United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00065-HWV
Gayle L. Koblish  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Feb 23, 2023      Form ID: ntnew341      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gayle L. Koblish, 2186 Gale Drive, Harrisburg, PA 17110-3620 |
| 5516024 | + | Accts Advoca, 1001 S Fourth Street, Hamburg, PA 19526-9211 |
| 5522286 | + | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5516038 | + | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5516044 | + | Members 1st Federal Cu, 616 Shelden Ave Ste 300, Houghton, MI 49931-1841 |
| 5516046 | | PP&L, 827 Hausman Road, Allentown, PA 18104-9392 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5516023 | + | Email/Text: BankruptcyNotices@aafes.com | Feb 23 2023 18:47:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 5516025 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2023 18:47:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5520616 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2023 18:50:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5516026 | + | Email/PDF: bncnotices@becket-lee.com | Feb 23 2023 18:50:25 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5516027 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 23 2023 18:47:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5516029 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2023 18:50:24 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5516030 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2023 18:50:01 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5516031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2023 18:50:24 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5516032 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2023 18:50:24 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5516033 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2023 18:47:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5516035 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2023 18:47:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5516036 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2023 18:47:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5516037 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 23 2023 18:47:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5516028 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2023 18:50:11 | Chase Card Services, Attn: Bankruptcy, P.O. |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 5516990 | + | Email/Text: unger@members1st.org | Feb 23 2023 18:48:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5516045 | + | Email/Text: bankruptcy@midwestloanservices.com | Feb 23 2023 18:47:00 | Midwest Loan Services, P.o. Box 188, Houghton, MI 49931-0188 |
| 5516048 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 18:50:12 | Syncb/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5516047 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 18:50:22 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5516049 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 18:50:21 | Syncb/pep Boys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5516050 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 18:50:12 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5516051 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 18:50:24 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5516052 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 18:50:22 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5516053 | + | Email/Text: bncmail@w-legal.com | Feb 23 2023 18:47:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 5516054 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 23 2023 18:47:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5516034 | *+ | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5516039 | *+ | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5516040 | *+ | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5516041 | *+ | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5516042 | *+ | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5516043 | *+ | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Gayle L. Koblish cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Denise E. Carlon | on behalf of Creditor Members 1st Federal Credit Union bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Matthew G. Brushwood | on behalf of Creditor Members 1st Federal Credit Union mbrushwood@barley.com ageoghegan@barley.com;cbrelje@barley.com;jrachor@barley.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Gayle L. Koblish, | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−00065−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: April 6, 2023<br><br>Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 23, 2023 |

ntnew341 (04/18)