In re:  Case No. 23-00065-HWV
Gayle L. Koblish  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Apr 21, 2023      Form ID: ntcnfhrg      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gayle L. Koblish, 2186 Gale Drive, Harrisburg, PA 17110-3620 |
| 5516024 | + | Accts Advoca, 1001 S Fourth Street, Hamburg, PA 19526-9211 |
| 5522286 | + | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5516038 | + | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5516044 | + | Members 1st Federal Cu, 616 Shelden Ave Ste 300, Houghton, MI 49931-1841 |
| 5516046 | | PP&L, 827 Hausman Road, Allentown, PA 18104-9392 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5516023 | + | Email/Text: BankruptcyNotices@aafes.com | Apr 21 2023 18:33:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 5516025 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2023 18:33:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5520616 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2023 18:47:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5516026 | + | Email/PDF: bncnotices@becket-lee.com | Apr 21 2023 18:47:58 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5516027 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 21 2023 18:33:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5525194 | + | Email/Text: alexis@multisourcellc.com | Apr 21 2023 18:33:00 | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 5529108 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 21 2023 18:33:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 5516029 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2023 18:47:52 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5516030 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2023 18:47:58 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5516031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2023 18:47:58 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5516032 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2023 18:47:58 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5516033 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2023 18:33:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5516035 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2023 18:33:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5516036 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2023 18:33:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 5516037 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 21 2023 18:33:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5516028 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2023 18:37:07 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5522286 | + | Email/Text: Unger@Members1st.org | Apr 21 2023 18:33:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5516038 | + | Email/Text: Unger@Members1st.org | Apr 21 2023 18:33:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5516990 | + | Email/Text: unger@members1st.org | Apr 21 2023 18:34:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5516045 | + | Email/Text: bankruptcy@midwestloanservices.com | Apr 21 2023 18:33:00 | Midwest Loan Services, P.o. Box 188, Houghton, MI 49931-0188 |
| 5525479 | | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2023 18:33:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5516048 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 18:37:45 | Syncb/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5516047 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 18:37:45 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5516049 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 18:37:11 | Syncb/pep Boys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5516050 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 18:37:10 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5516051 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 18:37:32 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5516052 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 18:37:45 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5516053 | + | Email/Text: bncmail@w-legal.com | Apr 21 2023 18:33:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 5516054 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 21 2023 18:33:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 5526597 | | Email/PDF: ebn_ais@aisinfo.com | Apr 21 2023 18:37:30 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5516034 | *+ | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5516039 | *+ | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5516040 | *+ | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5516041 | *+ | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5516042 | *+ | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5516043 | *+ | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Gayle L. Koblish cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Denise E. Carlon | on behalf of Creditor Members 1st Federal Credit Union bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Matthew G. Brushwood | on behalf of Creditor Members 1st Federal Credit Union mbrushwood@barley.com ageoghegan@barley.com;cbrelje@barley.com;jrachor@barley.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gayle L. Koblish,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−00065−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 17, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 24, 2023 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 21, 2023 |

ntcnfhrg (08/21)