# RENUNCIATION

## REGISTER OF WILLS
## DAUPHIN COUNTY, PENNSYLVANIA



Estate of  Elliott Charles Hollander _____ , Deceased

The undersigned, Stephanie N. Hollander _____ , in the capacity/relationship as
(Name or Corporate Name)
____spouse_____ of the above Decedent, hereby renounces the right to administer
the Estate of the Decedent and, to the extent permitted by law pursuant to 20 Pa.C.S. § 3155, respectfully
requests that Letters be issued to  Aaron L. Hollander _____ .

6-10-2023
(Date)

Name of Corporate Fiduciary (if applicable)

_____
Signature of Officer/Representative

_____
Title of Officer/Representative

_____
Address

_____
Telephone

_____
Email

*Executed in Register's Office*

Sworn to or affirmed and subscribed
before me this _____ day
of _____, _____.

_____
Deputy for Register of Wills

*Stephanie N. Hollander*
Signature of Person

8090 Somerset St
Address
PO Box 169
Hummelstown PA 17036

Telephone

hhrcontracting@gmail.com
Email

*Executed out of Register's Office*

Before the undersigned personally appeared the
party executing this Renunciation and certified
that he or she executed the Renunciation for the
purposes stated within on this 10th day
of June, 2023, _____.

> Commonwealth of Pennsylvania - Notary Seal
> LISA M OTT - Notary Public
> Dauphin County
> My Commission Expires November 3, 2025
> Commission Number 1124106

*Lisa M. Ott*
Notary Public
My Commission Expires: Nov 3, 2025
(Signature and Seal of Notary or other official qualified to
administer oaths. Show date of expiration of Notary's Commission.)

Form RW-06  eff. 09.01.16