## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| GAYLE L. KOBLISH | : |
| | : 1:23-bk-00065-HWV |
| Debtor | : |

### CERTIFICATE OF SERVICE

I, Chad J. Julius, with the firm of Jacobson, Julius & Harshberger hereby certify that on June 29, 2023, a true and correct copy of the ORDER CONFIRMING AMENDED CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

By: /s/ Chad J. Julius
Chad J. Julius

Date: June 29, 2023

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:23-bk-00065-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Thu Jun 29 11:23:40 EDT 2023 | Members 1st Federal Credit Union<br>5000 Louise Drive<br>Mechanicsburg, PA 17055-4899 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| AAFES<br>Attn: Bankruptcy<br>Po Box 650060<br>Dallas, TX 75265-0060 | Accts Advoca<br>1001 S Fourth Street<br>Hamburg, PA 19526-9211 | Ally Financial, Inc<br>Attn: Bankruptcy<br>500 Woodard Ave<br>Detroit, MI 48226-3416 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| Brickhouse OpCo I LLC<br>4053 Maple Road Suite 122<br>Amherst, NY 14226-1058 | (p)CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank North America<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Citibank North America<br>Citibank SD MC 425<br>5800 South Corp Place<br>Sioux Falls, SD 57108 |
| Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank/Bon Ton<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Pier 1<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| ComenityCapital/Boscov<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 | Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Members 1st FCU<br>Attn: Bankruptcy<br>5000 Marketplace Way<br>Enola, PA 17025-2431 |
| Members 1st FCU<br>PO Box 8893<br>Camp Hill, PA 17001-8893 | Members 1st Federal Cu<br>616 Shelden Ave Ste 300<br>Houghton, MI 49931-1841 | Midwest Loan Services<br>P.o. Box 188<br>Houghton, MI 49931-0188 |
| PP&L<br>827 Hausman Road<br>Allentown, PA 18104-9392 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Syncb/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/car Care Pep B<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Syncb/pep Boys<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Banana Republic<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| Synchrony Bank/QVC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 | Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440-9475 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>Verizon Wireless Bk Admin<br>500 Technology Dr Ste 550<br>Weldon Springs, MO 63304-2225 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Chad J. Julius<br>Jacobson & Julius<br>8150 Derry Street, Suite A<br>Harrisburg, PA 17111-5212 | Gayle L. Koblish<br>2186 Gale Drive<br>Harrisburg, PA 17110-3620 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cenlar FSB Attn BK Dept<br>425 Phillips Blvd<br>Ewing, NJ 08618 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Members 1st Federal Credit Union<br>5000 Louise Drive<br>Mechanicsburg, PA 17055-4899 | End of Label Matrix<br>Mailable recipients 38<br>Bypassed recipients 1<br>Total 39 |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gayle L. Koblish, | Chapter 13 |
| **Debtor 1** | Case No. 1:23-bk-00065-HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 22, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 28, 2023

orcnfpln(05/18)